EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2019 TSPR 61 |
|---|---|
| Oscar Crespo López | 202 DPR ____ |

Número del Caso:  TS-8,064

Fecha: 3 de abril de 2019

Abogado de la parte peticionaria:

Lcdo. Salvador Márquez Colón

Materia:  Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte

Oscar Crespo López                    **Núm.** <u>TS-8,064</u>


RESOLUCIÓN

San Juan, Puerto Rico, a 3 de abril de 2019

Examinada la *Moción para informar cumplimiento de orden y nueva solicitud de reactivación de la abogacía*, presentada por el Sr. Oscar Crespo López, se provee ha lugar.

Se le ordena al Secretario de este Tribunal registrar el cambio en el Registro Único de Abogados y Abogadas (RÚA) de abogado "inactivo" a "activo".

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo